FILED
October 31, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001487521

4
ERIC J. SCHWAB, Bar No. 145600
DAN NELSON, Bar No. 105222
LAW OFFICES OF NELSON & SCHWAB
1420 RIVER PARK DRIVE, STE. 140
SACRAMENTO, CA 95815
(916) 564-9588

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:

SANCHEZ, EDGAR
SANCHEZ, CARLA

_____Debtor(s)_____/

Case No: 08-34778-B-13J
DC No. EJS-1

EXHIBIT (A-B) IN SUPPORT OF
TO DETERMINE VALUE OF
COLLATERAL

Exhibit A- Schedule A-pg 2

Exhibit B-Schedule D-pgs 3-4

Exhibit Coversheet - 1

FORM B6A (Official Form 6A) (12/07)

In re _Edgar Sanchez and Carla B. Sanchez_ ,  Case No. _____
          Debtor(s)                                                                (If known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband-H Wife-W Joint-J Community-C | Current Value of Debtor's Interest in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Residence 2420 Snowy Egret Ct, Elk Grove, CA 95757 | Fee Simple | C | $ 350,000.00 | $483,654.00 |

No continuation sheets attached

TOTAL $  350,000.00
(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re Edgar Sanchez and Carla B. Sanchez_____,     Case No._____
              Debtor(s)                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, If Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 4609<br>Creditor # : 1<br>Bank of America<br>9000 Southside Blvd<br>Bldg 600 FL9-600-00<br>Jacksonville FL 32256 | C | Boat Loan<br>2006 Searay 240 Sundancer & Trailer<br><br>Value: $ 40,720.00 | | | | $ 48,474.00 | $ 7,754.00 |
| Account No: 2316<br>Creditor # : 2<br>IndyMac Mortgage<br>PO Box 4045<br>Kalamazoo MI 49003-4045 | C | 1st Deed of Trust<br>Residence 2420 Snowy Egret Ct, Elk Grove, CA  95757<br><br>Value: $ 350,000.00 | | | | $ 416,000.00 | $ 133,654.00 |
| Account No: 2332<br>Creditor # : 3<br>IndyMac Mortgage<br>PO Box 3038<br>Evansville IN 47730-3038 | C | 2nd Deed of Trust<br>Residence 2420 Snowy Egret Ct, Elk Grove, CA  95757<br><br>Value: $ 350,000.00 | | | | $ 67,654.00 | $ 0.00 |

1 continuation sheets attached

Subtotal $ (Total of this page)   $ 532,128.00    $ 141,408.00
Total $ (Use only on last page)
(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

Ex B

B6D (Official Form 6D) (12/07) - Cont.

In re Edgar Sanchez and Carla B. Sanchez
             Debtor(s)

Case No. _____
              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 9670<br>Creditor # : 4<br>Lexus Financial<br>TMCC-Bk Dept<br>PO Box 8026<br>Cedar Rapids IN 52408-8026 | C | Auto Lease<br>2008 Lexus IS250 w/ 350 miles<br><br>Value: $ 0.00 | | | | $ 36,000.00 | $ 36,000.00 |
| Account No: 5736<br>Creditor # : 5<br>Lexus Financial<br>TMCC-Bk Dept<br>PO Box 8026<br>Cedar Rapids IN 52408-8026 | C | Auto Lease<br>2006 Lexus GS430 w/ 47,000 miles<br><br>Value: $ 0.00 | | | | $ 12,978.00 | $ 12,978.00 |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page) $ 48,978.00 | $ 48,978.00

Total $ (Use only on last page) $ 501,106.00 | $ 190,386.00

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

4

ExB